IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN ROSSINI and MATTHEW KANE, on behalf of themselves and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK, N.A.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:18-01370-PJP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION TO AMEND THE SCHEDULING ORDER

  Plaintiffs Stephen Rossini and Matthew Kane ("Plaintiffs") and Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. ("Defendants"), by and through the parties' undersigned counsel, hereby submit this Joint Motion to Amend the Scheduling Order.

  On May 8, 2019, the parties reached a settlement in principle that will resolve this putative class action in its entirety, subject to approval of this Court and notice to the class. On June 6, 2019, the parties filed a Joint Notice of Settlement and Motion to Amend the Case Scheduling Order, which the Court granted in an Order dated June 28, 2019. *See* ECF Nos. 40-41. The Order entered by Judge Phipps requires the parties to file a motion for approval of settlement or otherwise update the Court on the parties' status by July 30, 2019. *See* ECF No. 41.

  Since May 8, 2019, the parties have worked diligently on memorializing the terms in a full settlement agreement, which will include Plaintiffs amending their Complaint, and preparing a motion for preliminary approval of a class action settlement and certification of a settlement class to be presented to this Court along with the formal settlement agreement and class notice. The parties have exchanged drafts of each of the formal settlement agreement, class notice, and proposed amended Complaint, and conferred in good faith on negotiation of those drafts.

However, the parties have not reached a final agreement on these documents. Therefore, the parties jointly request an extension of time from July 30 to September 13, 2019 to file a motion for preliminary approval of the settlement and an accompanying settlement agreement and class notice.

WHEREFORE, the parties request that this court issue an Order extending deadlines set forth in the Court's Order at ECF No. 41 and permitting the parties until September 13, 2019 to finalize the necessary documents and file the preliminary approval motion or submit a further status update. A proposed order is filed herewith.

Dated: July 30, 2019

Respectfully submitted,

*/s/ Ruairi McDonnell*
James M. Pietz, Esquire
Ruairi McDonnell, Esquire
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219
Email:  jpietz@fdpklaw.com
            rmcdonnell@fdpklaw.com

Martell Harris, Esq.
The Trial Law Firm, LLC
BNY Mellon Center, Suite 2900
Pittsburgh, PA 15219
Email:  MH@TlawF.com

*Attorneys for Plaintiffs*

*/s/ Christopher S. Bouriat*
Catherine S. Ryan (PA78603)
James L. Rockney (PA200026)
Christopher S. Bouriat (PA324004)
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone:  (412) 288-4226/4046/4119
Email:  cryan@reedsmith.com
            jrockney@reedsmith.com
            cbouriat@reedsmith.com

*Attorneys for Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A.*