IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN ROSSINI and MATTHEW KANE, on behalf of themselves and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK, N.A.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:18-01370-NR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AGREEMENT**

  Plaintiffs Stephen Rossini and Matthew Kane hereby move the Court to enter an Order granting final approval to the parties' class action Settlement Agreement at ECF No. 51-1. For the reasons more fully explained in Plaintiffs' memorandum of law in support of this motion, Plaintiffs, without opposition by Defendants, respectfully request that the Court grant final certification under Fed. R. Civ. P. 23(b)(3) to the four Settlement Classes that are described in sections 1.2, 1.3, 1.4, and 1.5 of the Settlement Agreement (excluding those individuals who timely opted-out of the Settlement) and finally approval the terms of the Settlement Agreement, including attorneys' fees and costs (the subject of a separate motion), and incentive awards to Plaintiffs.

  WHEREFORE, Plaintiffs hereby request that the Court enter the attached proposed Final Order and Judgment.

Dated: April 8, 2020         Respectfully Submitted:

                By:  s/ James M. Pietz
                    James M. Pietz
                    Pa I.D. No. 55406
                    Ruairi McDonnell
                    Pa. I.D. 316998
                    Feinstein Doyle Payne & Kravec, LLC

Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA  15219
412-281-8400

Martell Harris
Pa I.D. No. 319504
428 Forbes Avenue, Suite 1700
Pittsburgh, PA 15219
412-588-0030

*Counsel for the Plaintiffs and the Settlement Classes*